Gottfried Piel, as executor, etc. No opinion. Motion for leave to appeal to the Court of Appeals denied, as leave is unnecessary.

MOMAND v. LANDERS et al. (Supreme Court, Appellate Division, First Department. April 9, 1915.) Action by Ragland Momand, as director, etc., against George M. Landers and others, impleaded, etc. H. M. Earle, of New York City, for appellants. F. R. Greene, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendants to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

MONOGUE, Appellant, v. CITY OF SCHENECTADY et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 18, 1915.) Action by Michael T. Monogue against the City of Schenectady and others. No opinion. Motion granted, unless within 10 days appellant pays to the respondent $10 costs of this motion, and procures case to be printed and filed in this court by the 15th day of April, 1915, in which case the motion is denied, without costs.

MONROE v. MUSICA et al. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Virginia M. Monroe against Antonio Musica and another. No opinion. Motion denied, with $10 costs. See, also, 151 N. Y. Supp. 504.

MONTANA et al. v. PHŒNIX FIRE INS. CO. OF PARIS, FRANCE. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Angelo Montana and others against the Phœnix Fire Insurance Company, of Paris, France. No opinion. Judgment and order affirmed, with costs.

MOORE, Appellant, v. O'ROURKE, Respondent. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by Benjamin E. Moore against William O'Rourke, as president, etc. T. A. McCole, of New York City, for appellant. B. J. Wright, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to plaintiff to amend on payment of costs. Order filed.

MOORE, Respondent, v. OTTO GAS ENGINE WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. March 12, 1915.) Action by Michael E. Moore against the Otto Gas Engine Works. No opinion. Order affirmed, with $10 costs and disbursements, with leave to renew if this action is not diligently prosecuted.

MOOREHEAD, Appellant, v. REALTY ASSOCIATES, Respondent. (Supreme Court, Appellate Division, Second Department. April 30, 1915.) Action by Thomas A. Moorehead against the Realty Associates. No opinion. Motion denied. See, also, 152 N. Y. Supp. 342.

MORF, Appellant, v. RALPH et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 5, 1915.) Action by Betsey H. Morf against Joseph Ralph and another. No opinion. Order unanimously affirmed, with costs.

MORIARTA, Appellant, v. RICHMOND LIGHT & R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Bertha J. Moriarta, as administratrix, etc., against the Richmond Light & Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 152 N. Y. Supp. 1129.

MORIARTA, Appellant, v. RICHMOND LIGHT & R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 30, 1915.) Action by Bertha J. Moriarta, as administratrix, etc., against the Richmond Light & Railroad Company. No opinion. Motion denied. See, also, 152 N. Y. Supp. 1129.

MORRIS et al., Respondents, v. CAHN et al., Appellants. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Action by Abram Morris and another against Ferdinand Cahn and another. W. C. Low, of New York City, for appellants. M. L. Schallek, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 165 App. Div. 907, 149 N. Y. Supp. 1098.

MORRIS et al., Appellants, v. LENNON et al., Respondents. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Lewis G. Morris and others against John J. Lennon and another. H. Swain, of New York City, for appellants. L. C. Weiler, of New York City, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and order for examination of defendant Lennon reinstated; the time for such examination to be fixed on the entry of the order. Settle order on notice.

In re MOULTON. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) In the matter of the application of Charles F. Moulton for the appointment of commissioners to ascertain the damage to his property caused by the change of grade on East Main street, in the village of Cuba. No opinion. Motion for leave to appeal (from 151 N. Y. Supp. 1131) to Court of Appeals granted, and questions for review certified.

MT. VERNON TRUST CO. et al. v. PENFIELD et al. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by the Mt. Vernon Trust Company and another, as trustees, etc., against James T. Pen-